## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

_____ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__X__ retaliation

__X__ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

[X] Yes                    [ ] No

4

11.    I believe that I was discriminated against because of my (check all that apply):

\_\_\_\_    race

\_\_\_\_    religion

\_\_\_\_    national origin

\_\_\_\_    color

X    gender

\_\_\_\_    disability

45    age (birth year is:  1974 )

X    other:

Did you state the same reason(s) in your charge of discrimination?

X Yes                          ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

I was harrassed and retaliated against as a female requesting grievance actions against male employees and management. Male employees were given favorable jobs over me. They were given opportunities to make more money than I was and I was taken off of profitable jobs so that mangument could place male employees in that position. The discrimination led to mental trauma which include

(Continue to page 6, if additional space is needed.)

anxiety, trouble sleeping, and severe headaches

13.   The acts set forth in paragraph 12 of this complaint:

    ☐ are still being committed by the defendant.

    ☒ are no longer being committed by the defendant.

    ☐ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes. I would like to be reimbursed for loss wages, pain and suffering. Payment for therapy and medication.

14.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of _____July_____, 20 20.

Signature of Plaintiff _____

8