UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANITA FINGER, | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) Case No. 4:20-cv-01014-SEP ) |
| ST. LOUIS GRAND MARRIOTT, | ) ) ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

Dated this 13th day of November, 2020.

*Sarah E. Pitlyk*

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE